1
2
3
4
5
6
7
8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12   JAMES R. NETHERLY,            )     No. CV 13-1387-R(CW)
                                   )
13                Petitioner,      )     ORDER DISMISSING PETITION
                                   )     AS SUCCESSIVE
14        v.                       )
                                   )
15   M. VEAL,                      )
                                   )
16                Respondent.      )
     _____ )
17

18        The petitioner is a prisoner in state custody under a 1997
19   conviction in California Superior Court, Los Angeles County, Case No.
20   RA036060.  The present pro se petition (filed February 26, 2013)
21   challenges the judgment in that case.  Petitioner has brought three
22   prior habeas action in this court challenging the same judgment:
23   Netherly v. Galaza, No. CV 99-4141-R(Mc); Netherly v. Scribner, No. CV
24   04-354-R(Mc); and Netherly v. Scribner, No. CV 04-8045-R(Mc).  This
25   court takes judicial notice of the record in those cases.  Review of
26   those cases indicates that the petitioner in each case had the same
27   name and inmate identification number (K52118), and that he challenged
28   the same conviction.  In Case No. CV 99-4141, the court denied

                                    1

1  Petitioner's claims on their merits, and the petition was denied and
2  dismissed with prejudice in a judgment entered June 30, 2000.  In Case
3  No. CV 04-354 and CV 04-8045, the court found the petition to be
4  successive to CV 99-4141, and denied the petition for lack of
5  jurisdiction in judgments entered February 18, 2004 and October 27,
6  2004, respectively.

## DISCUSSION

8      A new habeas petition under 28 U.S.C. § 2254, which challenges
9  the same state court judgment addressed in one or more prior § 2254
10 petitions, is a second or successive petition under 28 U.S.C. § 2244
11 (a)-(b).[1]  A federal district court may not consider a second or
12 successive petition unless the petitioner has first obtained an order
13 from the proper federal circuit court of appeals authorizing the
14 district court to review the new petition.  See 28 U.S.C. § 2244(b)(3)
15 (A).  The court of appeals may only authorize review of a second or
16 successive petition in the district court if the petitioner "makes a
17 prima facie showing [to the court of appeals] that the application
18 satisfies the requirements of" 28 U.S.C. § 2244(b).  See 28 U.S.C.
19 § 2244(b)(3)(C); Felker v. Turpin, 518 U.S. 651, 657, 116 S. Ct. 2333,
20 135 L. Ed. 2d 827 (1996).

21     The present petition is a second or successive petition under
22 § 2244(b)(3)(A) because it challenges the same state court judgment
23 challenged in a prior federal petition, and the prior petition was

24  _____

25     [1]  "Generally, a new petition is 'second or successive' if it
26 raises claims that were or could have been adjudicated on their merits
   in an earlier petition."  Cooper v. Calderon, 274 F.3d 1270, 1273 (9th
   Cir. 2001).  However, a new petition is not subject to dismissal as
27 successive with respect to a prior petition dismissed, without
   prejudice, for failure to exhaust state remedies.  Slack v. McDaniel,
28 529 U.S. 473, 485-87, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

1  dismissed with prejudice.  This court may not review a successive

2  petition unless the petitioner has first obtained the required order

3  from the United States Court of Appeals for the Ninth Circuit.  There

4  is no indication in the record that this petitioner has obtained such

5  an order.  Therefore, the present petition is subject to dismissal

6  without prejudice.  Petitioner may file a new petition in this court

7  if and only if he first obtains authorization from the Ninth Circuit

8  pursuant to 28 U.S.C. § 2244(b)(3)(A).

**ORDERS:**

1.  It is **ORDERED** that judgment be entered dismissing the
petition as successive.

2.  The clerk shall serve copies of this order and the judgment
herein on the parties.

DATED:  March 8, 2013

_____
MANUEL L. REAL
United States District Judge

Presented by:
Dated:  March 6, 2013

_____
CARLA M. WOEHRLE
United States Magistrate Judge

3