UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES R. NETHERLY, | ) | No. CV 13-1387-R(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES R. NETHERLY, | ) | No. CV 13-1387-R(CW) |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: March 8, 2013

MANUEL L. REAL
United States District Judge